| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known): | Chapter 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Fig & Olive Fifth Avenue LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  74-3218284

**4. Debtor's address**

Principal place of business:
10 E. 52nd Street
New York, NY 10022
Number, Street, City, State & ZIP Code

New York
County

Mailing address, if different from principal place of business:
254 West 31st Street 7th Floor
New York, NY 10001
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Fig & Olive Fifth Avenue LLC** _____  Case number (_if known_) _____
       Name

7. Describe debtor's business    A. _Check one:_

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. _Check all that apply_

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __7225__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   _Check one:_
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. _Check all that apply:_

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor **See Attachment** _____  Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor  **Fig & Olive Fifth Avenue LLC**     Case number (*if known*) _____
    Name

11. **Why is the case filed in this district?**   Check all that apply:
   - ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   - ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
   - ☒ No
   - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**   Check one:
    - ☒ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ☒ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☒ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☒ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor    Fig & Olive Fifth Avenue LLC
Name

Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 3, 2020
MM / DD / YYYY

X /s/ Alexis Blair
Signature of authorized representative of debtor

Alexis Blair
Printed name

Title   CEO

**18. Signature of attorney**

X /s/ Robert L. Rattet
Signature of attorney for debtor

Date   July 3, 2020
MM / DD / YYYY

Robert L. Rattet
Printed name

Davidoff Hutcher & Citron LLP
Firm name

605 Third Avenue
34th Floor
New York, NY 10158
Number, Street, City, State & ZIP Code

Contact phone   212 557 7200     Email address   rlr@dhclegal.com

1674118 NY
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor  Fig & Olive Fifth Avenue LLC _____  Case number (if known) _____
        Name

Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____     Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | |
|---|---|---|
| Debtor   | F&O Scarsdale LLC | Relationship to you   Affiliate |
| District | SDNY    When _____ | Case number, if known  20-22808 |
| Debtor   | See attached | Relationship to you |
| District | _____  When _____ | Case number, if known |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

**SCHEDULE OF CASES BEING FILED BY DEBTOR AND AFFILIATES:**

F&O SCARSDALE LLC

LUXURY DINING GROUP LLC

FIG & OLIVE HOLDING LLC

FIG & OLIVE USA INC.

F&O LEXINGTON LLC

FIG & OLIVE THIRTEEN STREET LLC

FIG & OLIVE FIFTH AVENUE LLC

F&O HOUSTON LLC

F&O NEWPORT BEACH LLC

F&O MELROSE PLACE INC.

F&O LOS ANGELES INC.

**Fill in this information to identify the case:**

Debtor name: Fig & Olive Fifth Avenue LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2020

X /s/ Alexis Blair
Signature of individual signing on behalf of debtor

Alexis Blair
Printed name

CEO
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: Fig & Olive Fifth Avenue LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&L Recycling<br>38-40 Review Ave.<br>Long Island City, NY 11101 | | | | | | $1,034.32 |
| Action Carting<br>PO Box 554744<br>Detroit, MI 48255 | | | | | | $17.42 |
| AT&T Mobility<br>PO Box 5019<br>Carol Stream, IL 60197 | | | | | | $481.00 |
| Autotap Corp.<br>958 Grand Street<br>Brooklyn, NY 11211 | | | | | | $548.19 |
| Baldor<br>PO Box 5411<br>New York, NY 10087 | | | | | | $159.80 |
| Broadway Party Rentals<br>PO Box 370411<br>Brooklyn, NY 11237 | | | | | | $1,091.59 |
| Digital Marketing Box US Inc.<br>9205 W. Russell Rd<br>Las Vegas, NV 89148 | | | | | | $254.16 |
| Ecolab<br>PO Box 32027<br>New York, NY 10087 | | | | | | $1,708.91 |
| Ecolab Pest Elimination<br>26252 Network Pl<br>Chicago, IL 60673 | | | | | | $563.43 |
| Global Luxury Services, Inc.<br>65-39 Grand Ave.<br>Maspeth, NY 11378 | | | | | | $1,810.62 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Fig & Olive Fifth Avenue LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gourmet Cargo LLC<br>642 Fayette Ave.<br>Mamaroneck, NY 10543 | | | | | | $378.00 |
| I. Halper Paper & Supplies<br>51 Hook Rd.<br>Bayonne, NJ 07002 | | | | | | $984.02 |
| JCC Restaurant Supplies NYC Inc.<br>354-A Broome Street<br>New York, NY 10013 | | | | | | $122.97 |
| Lightower Fiber Networks<br>PO Box 27135<br>New York, NY 10087 | | | | | | $2,500.00 |
| Millpress Imports LLC<br>2146 City Line Rd<br>Bethlehem, PA 18017 | | | | | | $2,426.35 |
| Olympic Tower Associates<br>645 Fifth Avenue<br>New York, NY 10022 | | Rent | Unliquidated Disputed | | | $175,808.22 |
| Queens Window Cleaning LI Inc.<br>PO Box 1131<br>Melville, NY 11747 | | | | | | $43.55 |
| Shiny Kitchen Inc.<br>PO Box 347910<br>Pittsburgh, PA 15251 | | | | | | $435.50 |
| TD Bank<br>Attn: General Counsel<br>1701 Marlton Pike East, Ste. 200<br>Cherry Hill, NJ 08003 | | Standby Letter of Creditor in favor of landlord | Contingent | | | $250,000.00 |
| Wilson Daniels Wholesale LLC<br>19 West 24th Street<br>7th Floor<br>New York, NY 10010 | | | Unliquidated | | | $34.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re: **Fig & Olive Fifth Avenue LLC**, Debtor(s)

Case No.: 
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ed Somekh<br>16 Crosby St. Apt. 4RN<br>New York, NY 10013 | | 6.36% | Membership |
| Fig & Olive USA Inc. | | 87.29% | Membership |
| Yoram Shemesh<br>110 Quayside Dr<br>Jupiter, FL 33477 | | 6.36% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **July 3, 2020**

Signature: **/s/ Alexis Blair**
Alexis Blair

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re: Fig & Olive Fifth Avenue LLC
Debtor(s)

Case No.
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Fig & Olive Fifth Avenue LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Fig & Olive USA Inc.

☐ None [*Check if applicable*]

July 3, 2020
Date

/s/ Robert L. Rattet
Robert L. Rattet
Signature of Attorney or Litigant
Counsel for   Fig & Olive Fifth Avenue LLC
Davidoff Hutcher & Citron LLP
605 Third Avenue
34th Floor
New York, NY 10158
212 557 7200 Fax:212 286 1884
rlr@dhclegal.com

FIG & OLIVE | Luxury Dining Group

# RESOLUTION OF THE MEMBERS of
## Fig & Olive Fifth Avenue LLC

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION F&O FIFTH AVENUE LLC

I, **Alexis Blair** declare under penalty of perjury that I am the **CEO** of **F&O Fifth Avenue LLC** and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said Company at a special meeting duly called and held on the **2** day of **July**, 2020.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alexis Blair**, CEO of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Alexis Blair**, CEO of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Alexis Blair**, CEO of this Company is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the Company in such bankruptcy case."

Date  7/2/20                                    Signed  _[signature]_

NEW YORK    LOS ANGELES    NEWPORT BEACH    CHICAGO    D.C.    HOUSTON
254 West 31 Street, 7 Floor, New York, NY 10001
figandolive.com

# United States Bankruptcy Court
## Southern District of New York

In re  Fig & Olive Fifth Avenue LLC                                 Case No.
                                          Debtor(s)                 Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  July 3, 2020                        /s/ Alexis Blair
                                           Alexis Blair/CEO
                                           Signer/Title

```
4OVERCOM                          C… …                            … …CC… …ain Supplies …
1941 46th Street                  330 N. … …d., Ste 700           354-A Broome Street
Astoria, NY 11105                 Attn: SPRS                      New York, NY 10013
                                  Glendale, CA 91203


A&L Recycling                     Daniel Hurtado                  Jose Ricardo Lopez
38-40 Review Ave.                 c/o Lee Litigation Group, PLLC  c/o Lee Litigation Group P
Long Island City, NY 11101        124 West 24th St., 8th Floor    124 West 24th St., 8th Fl
                                  Attn: C.K. Lee, Esq.            Attn: C.K. Lee, Esq.
                                  New York, NY 10011              New York, NY 10011


Action Carting                    Digital Marketing Box US Inc.   Lightower Fiber Networks
PO Box 554744                     9205 W. Russell Rd              PO Box 27135
Detroit, MI 48255                 Las Vegas, NV 89148             New York, NY 10087


Alberto Montalvo                  Ecolab                          Mario Vargas
c/o Lee Litigation Group, PLLC    PO Box 32027                    c/o Lee Litigation Group P
124 West 24th St., 8th Floor      New York, NY 10087              124 West 24th St., 8th Fl
Attn: C.K. Lee, Esq.                                              Attn: C.K. Lee, Esq.
New York, NY 10011                                                New York, NY 10011


American Express Bank FSB         Ecolab Pest Elimination         Mauricio Santos
4315 South 2700 West              26252 Network Pl                c/o Lee Litigation Group P
Salt Lake City, UT 84184          Chicago, IL 60673               124 West 24th St., 8th Fl
                                                                  Attn: C.K. Lee, Esq.
                                                                  New York, NY 10011


AT&T Mobility                     Fredy Ramirez                   Millpress Imports LLC
PO Box 5019                       c/o Lee Litigation Group, PLLC  2146 City Line Rd
Carol Stream, IL 60197            124 West 24th St., 8th Floor    Bethlehem, PA 18017
                                  Attn: C.K. Lee, Esq.
                                  New York, NY 10011


Autotap Corp.                     Global Luxury Services, Inc.    NYC Dept. of Finance
958 Grand Street                  65-39 Grand Ave.                59 Maiden Lane, 19th Fl.
Brooklyn, NY 11211                Maspeth, NY 11378               New York, NY 10038


Baldor                            Gourmet Cargo LLC               NYC Law Department
PO Box 5411                       642 Fayette Ave.                100 Church Street
New York, NY 10087                Mamaroneck, NY 10543            New York, NY 10007


Broadway Party Rentals            I. Halper Paper & Supplies      NYS Dept. of Taxation & F
PO Box 370411                     51 Hook Rd.                     Attn: Office of Counsel, B
Brooklyn, NY 11237                Bayonne, NJ 07002               W.A. Harriman State Campu
                                                                  Albany, NY 12227


Con Edison                        Internal Revenue Service        Office of the U.S. Trust
JAF Station                       Centralized Insolvency Opetion  201 Varick Street, Room 1
P.O. Box 1702                     P.O. Box 7346                   New York, NY 10014
New York, NY 10116-1702           Philadelphia, PA 19101-7346
```

Olympic Tower Associates
645 Fifth Avenue
New York, NY 10022


Queens Window Cleaning LI Inc.
PO Box 1131
Melville, NY 11747


Shiny Kitchen Inc.
PO Box 347910
Pittsburgh, PA 15251


TD Bank
Attn: General Counsel
1701 Marlton Pike East, Ste. 200
Cherry Hill, NJ 08003


Victor Hugo Serrano
c/o Lee Litigation Group, PLLC
124 West 24th St., 8th Floor
Attn: C.K. Lee, Esq.
New York, NY 10011

Wilson Daniels Wholesale LLC
19 West 24th Street
7th Floor
New York, NY 10010